688 A.2d 166

**James N. KOREN, Appellant,**

v.

**BOARD OF DIRECTORS OF THE JERSEY SHORE AREA SCHOOL DISTRICT.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1996.

Decided Dec. 30, 1996.

William A. Hebe, Wellsboro, for Appellant.

J. David Smith, Joanne C. Ludwikowski, Williamsport, for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.

NIGRO, J., dissents.